DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAVALIER DWAYNE JOHNSON, SR.,**
Appellant,

v.

**DR. NICHOLS, et al.,**
Appellees.

No. 4D20-684

[February 4, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472019CA000308.

Chavalier Dwayne Johnson, Sr., Florida City, pro se appellant.

Ashley Moody, Attorney General, and Lindsey L. Miller-Hailey, Assistant Attorney General, Tallahassee, for appellee Florida Department of Corrections.

No brief filed for appellee Florida Department of Corrections.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***